JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON GILES, individually and on behalf of all other persons similarly situated, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY EDUCATION CENTERS, INC., a Delaware corporation; and DOES 1 through 30, inclusive,<br><br>Defendant. | Case No.: CV 16-4863-DMG (KSx)<br><br>**JUDGMENT** |

1 | This Court, having granted final approval of the Joint Stipulation of Class Action Settlement between Plaintiffs AARON GILES and PAUL JIMENEZ and Defendant COMMUNITY EDUCATION CENTERS, INC. (collectively the "Parties") in the above-entitled action, as set forth in the Court's Order Granting Plaintiffs' Unopposed Motion For Final Approval Of Class Action Settlement;

This Court HEREBY ORDERS, ADJUDGES AND DECREES that Judgment in this matter is entered in accordance with the Court's Final Approval Order and the Parties' Joint Stipulation of Class Action Settlement.

DATED: December 19, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE